IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                          No. CIV S-07-0579 LKK GGH P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.                FINDINGS & RECOMMENDATIONS

_____/

       By order filed August 1, 2007, plaintiff's second amended complaint was dismissed and thirty days leave to file a third amended complaint was granted. Although the August 1, 2007, order was not returned unserved, plaintiff was re-served with this order at his new address on September 18, 2007. The thirty day period has now expired, and plaintiff has not filed a third amended complaint. While plaintiff has filed several documents with the court since August 1, 2007, he has not filed a third amended complaint.

       Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 11-110; Fed. R. Civ. P. 41(b).

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served with these findings and recommendations, plaintiff may file written

1

objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: 12/3/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:035
mill0579.fta