IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,               No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.

_____/      ORDER

        Plaintiff is a state prisoner proceeding pro se. On December 3, 2007, the court recommended that this action be dismissed for plaintiff's failure to file a third amended complaint. On December 21, 2007, plaintiff filed a third amended complaint. Good cause appearing, the findings and recommendations are vacated.

        The third amended complaint states a cognizable claim for relief as to defendants Judd and Koller pursuant to 42 U.S.C. § 1983 and 28 U.S.C. § 1915A(b). If the allegations of the complaint are proven, plaintiff has a reasonable opportunity to prevail on the merits of this action.

        Also named as defendants are E. Swayze, K. Terry and Mrs. Barron. The third amended complaint contains no specific allegations against these defendants.

/////

1    The Civil Rights Act under which this action was filed provides as follows:

2    Every person who, under color of [state law] . . . subjects, or causes
     to be subjected, any citizen of the United States . . . to the
3    deprivation of any rights, privileges, or immunities secured by the
     Constitution . . . shall be liable to the party injured in an action at
4    law, suit in equity, or other proper proceeding for redress.

5 42 U.S.C. § 1983. The statute requires that there be an actual connection or link between the

6 actions of the defendants and the deprivation alleged to have been suffered by plaintiff. See

7 Monell v. Department of Social Servs., 436 U.S. 658 (1978); Rizzo v. Goode, 423 U.S. 362

8 (1976). "A person 'subjects' another to the deprivation of a constitutional right, within the

9 meaning of § 1983, if he does an affirmative act, participates in another's affirmative acts or

10 omits to perform an act which he is legally required to do that causes the deprivation of which

11 complaint is made." Johnson v. Duffy, 588 F.2d 740, 743 (9th Cir. 1978).

12    Moreover, supervisory personnel are generally not liable under § 1983 for the

13 actions of their employees under a theory of respondeat superior and, therefore, when a named

14 defendant holds a supervisorial position, the causal link between him and the claimed

15 constitutional violation must be specifically alleged. See Fayle v. Stapley, 607 F.2d 858, 862

16 (9th Cir. 1979); Mosher v. Saalfeld, 589 F.2d 438, 441 (9th Cir. 1978), cert. denied, 442 U.S.

17 941 (1979). Vague and conclusory allegations concerning the involvement of official personnel

18 in civil rights violations are not sufficient. See Ivey v. Board of Regents, 673 F.2d 266, 268 (9th

19 Cir. 1982).

20    Because plaintiff has failed to link defendants Swayze, Terry and Barron to the

21 alleged deprivations, the court will separately recommend that they be dismissed.

22    In accordance with the above, IT IS HEREBY ORDERED that:

23    1. The December 3, 2007, findings and recommendations are vacated;

24    2. Service is appropriate for the following defendants: Judd and Koller.

25    3. The Clerk of the Court shall send plaintiff 2 USM-285 forms, one summons,

26 an instruction sheet and a copy of the third amended complaint filed December 21, 2007.

1        4.  Within thirty days from the date of this order, plaintiff shall complete the
attached Notice of Submission of Documents and submit the following documents to the court:

       a.  The completed Notice of Submission of Documents;

       b.  One completed summons;

       c.  One completed USM-285 form for each defendant listed in number 3 above; and

       d.  Three copies of the endorsed third amended complaint filed December 21, 2007.

       5.  Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 01/31/08                      /s/ Gregory G. Hollows

                                      UNITED STATES MAGISTRATE JUDGE

mill579.vac

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                               No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,     NOTICE OF SUBMISSION

      Defendants.                         OF DOCUMENTS

_____/

       Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

         _____    completed summons form

         _____    completed USM-285 forms

         _____    copies of the _____
                                 Complaint/Amended Complaint

DATED:

                                      _____
                                      Plaintiff