IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                  No. CIV S-07-0579 LKK GGH P

   vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.            FINDINGS & RECOMMENDATIONS

_____/

       Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. The court has separately issued an order addressing the third amended complaint filed December 21, 2007. The court found that the third amended complaint stated a colorable claim for relief as to defendants Judd and Koller. The court found that the third amended complaint failed to state a colorable claim for relief as to defendants Swayze, Terry and Barron. For the reasons stated in that order, the court now recommends dismissal of these defendants.

       IT IS HEREBY RECOMMENDED that the claims against defendants Swayze, Terry and Barron contained in the third amended complaint be dismissed.

/////

/////

1

1    These findings and recommendations are submitted to the United States District
2 Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty
3 days after being served with these findings and recommendations, plaintiff may file written
4 objections with the court.  The document should be captioned "Objections to Magistrate Judge's
5 Findings and Recommendations."  Plaintiff is advised that failure to file objections within the
6 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
7 F.2d 1153 (9th Cir. 1991).

8 DATED:   01/31/08                                    /s/ Gregory G. Hollows
9                                                                    UNITED STATES MAGISTRATE JUDGE

11 mill579.56