EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
ALVIN GITTISRIBOONGUL
Supervising Deputy Attorney General
TODD DARROW IRBY, State Bar No. 153485
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-3035
 Fax: (916) 324-5205
 Email: Todd.Irby@doj.ca.gov

Attorneys for Defendant B. Koller

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **ERNEST MILLER,** | 2:07-CV-0579 LKK GGH P |
| Plaintiff, | **ORDER RE DEFENDANT'S FIRST REQUEST FOR AN EXTENSION OF TIME TO FILE INITIAL RESPONSIVE PLEADING** |
| v. | |
| **HIGH DESERT STATE PRISON, et al.,** | |
| Defendants. | |

Defendant's First Request for an Extension of Time to File Initial Responsive Pleading was considered by this Court and, good cause appearing,

IT IS ORDERED that Defendant is granted a thirty-day extension to file his initial response to Plaintiff's Complaint, up to and including July 9, 2008.

Dated: 06/20/08

/s/ Gregory G. Hollows
UNITED STATES MAGISTRATE JUDGE

mill579.eot

1