IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                     No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

_____/

        On March 7, 2008, the court ordered the United States Marshal to serve the complaint on defendants. On April 15, 2008, process directed to defendant Judd was returned unserved because there is no female officer at High Desert State Prison with the last name Judd. On May 19, 2008, the court granted plaintiff sixty days to provide additional information to serve this defendant.

        On June 12, 2008, plaintiff re-submitted the documents necessary to effect service of defendant Judd. On July 25, 2008, the court again ordered the United States Marshal to serve defendant Judd with the complaint. On August 26, 2008, service as to defendant Judd was again returned unexecuted because there is no "Judd" at High Desert State Prison and CDC Locator is unable to identify this defendant as there is more than one "Judd" in the database.

/////

1 It does not appear that plaintiff can provide the information necessary to effect service of this defendant. The court cannot assist plaintiff in locating defendant Judd.

Accordingly, IT IS HEREBY RECOMMENDED that the claims against defendant Judd be dismissed because service of this defendant cannot be effected.

DATED: 09/11/08

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

mill579.osc