IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                  No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

        Defendants.            <u>ORDER</u>

_____/

        On September 11, 2008, the court recommended that defendant Judd be dismissed because service could not be effected upon her. On October 1, 2008, plaintiff filed objections claiming that defendant Judd got married and her new name is "Ms. P. Filce." Good cause appearing, the findings and recommendations are vacated. Plaintiff shall complete the forms for service of defendant Judd to include her new name.

        Accordingly, IT IS HEREBY

        1. The September 11, 2008, findings and recommendations are vacated;

        2. The Clerk of the Court is directed to send to plaintiff 1 USM-285 forms, along with an instruction sheet and a copy of the third amended complaint filed December 21, 2007;

        3. Within *twenty* days from the date of this order, plaintiff shall complete and submit the attached Notice of Submission of Documents to the court, with the following

1

documents:

    a.  One completed USM-285 form for defendant Judd aka Filce;

    b.  Two copies of the endorsed third amended complaint filed December 21, 2007; and

    c.  One completed summons form (if not previously provided)

or show good cause why he cannot provide such information.

DATED: 10/10/08

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

mill.vac

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

        Plaintiff,                              No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

                                            NOTICE OF SUBMISSION

        Defendants.                        OF DOCUMENTS

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____    completed summons form

        _____    completed USM-285 forms

        _____    copies of the _____
                                          Complaint/Amended Complaint

DATED:

                                              _____
                                              Plaintiff