IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

      Plaintiff,                    No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

      Defendants.            ORDER

_____/

        On November 5, 2008, the court ordered the U.S. Marshal to serve process on defendant Judd, aka Filce. Since that time, defendant Judd has failed to return the waiver of service or otherwise respond to the forms sent to her by the U.S. Marshal.[1]

        Accordingly, IT IS HEREBY ORDERED that:

        1. Within ten days of the date of this order, defendant Judd shall show cause why she should not be sanctioned for failing to respond to the service forms sent to her by the U.S. Marshal, which may include the cost of personal service;

/////

---

[1] On November 12, 2008, the court granted defendant Koller's motion to dismiss. Plaintiff filed an interlocutory appeal of this order. This interlocutory appeal does not deprive the court of jurisdiction to proceed as to the claims against defendant Judd, aka Filce. See 28 U.S.C. § 1292; Britton v. Co-op Banking Group, 916 F.2d 1405 (9th Cir. 1990).

1

1  2. The Clerk of the Court is directed to serve this order on Ms. Judd, aka Ms. P.
2  Filce, High Desert State Prison, P.O. Box 3030, Susanville, CA, 96127.
3  DATED: February 25, 2009
4                                          /s/ Gregory G. Hollows
5                                          UNITED STATES MAGISTRATE JUDGE
6
7  mill479.ord