IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ERNEST MILLER,

    Plaintiff,                    No. CIV S-07-0579 LKK GGH P

    vs.

HIGH DESERT STATE PRISON, et al.,

    Defendants.           ORDER

_____/

        On August 21, 2009, plaintiff filed an objection to the order granting defendants' motion to dismiss. The court construes plaintiff's objection as a request for relief from judgment pursuant to Fed. R. Civ. P. 60(b) from the August 13, 2009, order granting defendants' motion to dismiss. After reviewing the record, the court finds that plaintiff's request for relief from judgment is without merit.

        Accordingly, IT IS HEREBY ORDERED that plaintiff's August 21, 2009, objection, construed as a request for relief from judgment, is denied.

DATED: September 11, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1